

**The following constitutes the order of the Court.
Signed: October 29, 2019**

_____
**William J. Lafferty, III
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re ) | Case No. 19-41442 WJL |
| ) | Chapter 11 |
| Javier Cortez, ) | |
| ) | <u>HEARING HELD</u> |
| ) | Date: October 2, 2019 |
| Debtor. ) | Time: 10:30 a.m. |
| ) | Courtroom: 220 |
| ) | 1300 Clay Street |
| ) | Oakland, CA 94612 |

**ORDER AFTER HEARING DISMISSING CASE**

On October 2, 2019, the Court held a hearing on Debtor's Motion to Dismiss Case (the "Motion") (doc. 27). Appearances were made on the record.

For the reasons stated on the record, the Motion is HEREBY GRANTED and the case is DISMISSED.

**\*END OF ORDER\***

**COURT SERVICE LIST**